No. 74–1649.  SOSTRE *v.* FESTA, JAIL SUPERINTENDENT. C. A. 2d Cir.  Certiorari denied.

No. 74–1651.  CLARK ET AL. *v.* WATCHIE ET AL.  C. A. 9th Cir.  Certiorari denied. 994.

No. 74–1652.  WOODCOCK *v.* AMARAL.  C. A. 1st Cir. Certiorari denied.

No. 74–1653.  SUMMA CORP. ET AL. *v.* TRANS WORLD AIRLINES, INC.  Sup. Ct. Del.  Certiorari denied.

No. 74–1654.  ALABAMA CUSTOM TAPE, INC., ET AL. *v.* FAME PUBLISHING CO., INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–1655.  MAPES ET AL. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–6158.  GARDNER ET AL. *v.* LUCKEY, JUDGE, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 74–6228.  PHILLIPS, AKA DAVIS *v.* HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 74–6246.  WATSON *v.* HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 74–6254.  PIERCE *v.* CANNON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 74–6294.  JONES *v.* HENDERSON, WARDEN.  C. A. 5th Cir.  Certiorari denied.